IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAISER MARTIN GROUP, INC., formerly known as KAISER CONSTRUCTION CO., INC., *Plaintiff,* v. HAAS DOOR CO., *Defendant.* | CIVIL ACTION NO. 19-1823 |

## ORDER

**AND NOW**, this 2nd day of July, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), Plaintiff's Response (ECF Nos. 7–8) and Defendant's Reply (ECF No. 9), it is hereby **ORDERED** that the Motion is **GRANTED**. Counts II and III of the Complaint are **DISMISSED with prejudice.**

Counts I, IV and VI of the Complaint are **DISMISSED without prejudice**. Plaintiff may amend the Complaint, consistent with the Court's Memorandum, on or before **July 22, 2019**. Should Plaintiff fail to do so, the Complaint will be dismissed with prejudice and the Clerk directed to close the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.